PD-0600-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/17/2015 3:06:15 PM
Accepted 7/17/2015 5:06:35 PM
ABEL ACOSTA
CLERK

CAUSE NO. PD-0600-15
COURT OF APPEALS CAUSE NO. 11-12-00319-CR
IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| KEVIN ROYCE PEEK | )( | ON APPELLANT'S |
| APPELLANT/PETITIONER | )( | |
| | )( | PETITION FOR DISCRETIONARY |
| V. | )( | REVIEW |
| | )( | |
| THE STATE OF TEXAS | )( | FROM THE ELEVENTH |
| APPELLEE | )( | COURT OF APPEALS |

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

NOW COMES the State of Texas, Appellee in the above-entitled and numbered cause, and in support of this its Motion for Extension of Time to File Response would respectfully show the Court as follows:

Appellant was convicted of Possession of a Controlled Substance with Intent to Deliver – Drug Free Zone in this cause in the 35th Judicial District Court of Brown County, Texas, in Cause No. CR21821, styled, The State of Texas vs. Kevin Royce Peek. Appellant was found guilty and sentenced to Life in the institutional Division - Texas Department of Criminal Justice on September 7, 2012.

The Eleventh Court of Appeals affirmed Appellant's conviction on April 16, 2015. Appellant filed a Petition for Discretionary Review with this Court on June 17, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

July 17, 2015

ABEL ACOSTA, CLERK

The State's response is due on July 17, 2015. The number of extensions previously requested is: NONE.

Due to time constraints created as a result of: preparation of a Brief on State of Texas vs. Lanny Bush, Coleman County Case No. 2602, a capital case; participation in Court Docket on June 22, 2015; preparation for and participation in Motion to Revoke and Motion to Adjudicate Docket on July 6, 2015 (31 cases); Court Docket on July 7, 2015; preparation for and participation in the Mills County Court Docket on July 8, 2015; Court Docket on July 9, 2015; preparing for trial, drafting subpoenas, and witness meetings on cases set on the Brown County trial docket for July 13, 2015; preparation for bench trial in State of Texas vs. Brandi Stokes, CR23435 on July 21, 2015; preparation for trial and drafting subpoenas for July 27, 2015, trial docket; the State requests an additional thirty (30) days for the preparation of its brief. The request is made not for the purpose of delay but that justice may be done.

Respectfully submitted,


/S/ElishaBird
ELISHA BIRD
Assistant District Attorney
State Bar No. 24060339
200 S. Broadway, Brownwood, TX 76801
Tel: 325-646-0444 Fax: 325-643-4053

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of July, 2015, a true and correct copy of the foregoing Motion was delivered by fax to the office of Connie J. Kelley, Attorney at Law (512) 478-2318 and by email to Lisa McMinn, State Prosecuting Attorney at information@spa.texas.gov.

/S/ElishaBird
ELISHA BIRD

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Tex. R. App. P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14-point for text and 12-point for footnotes. This document also complies with the word-count limitations of Tex. R. App. P. 9.4(i), if applicable, because it contains 503 words, excluding any parts exempted by Tex. R. App. P. 9.4(i)(1).

/S/ Elisha Bird
ELISHA BIRD